THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN BOYD, Appellant

We further note that the imposition of a term of imprisonment to run consecutively to a term of imprisonment imposed

in the Supreme Court, Queens County, on Queens County Indictment Number 3518/87, was not an improvident exercise of discretion under the circumstances of this case *(see,* Penal Law § 70.25 [2]; *People v Truesdell,* 70 NY2d 809, 811). Mangano, P. J., Bracken, Balletta, Rosenblatt and Ritter, JJ., concur.